UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JEFFREY DESIR,

                                Plaintiff,

     -v-                                         9:09-CV-0964

DEPARTMENT OF CORRECTIONS AND
COMMUNITY SUPERVISION; BRIAN FISCHER;
LEO BISCEGLIA; DEMMONS; FRECHETTE;
LAW; BUCK; and CAPT. WOODRUFF,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

JEFFREY DESIR
Plaintiff pro se
1601 Beverly Road, Apt. 1-G
Brooklyn, NY 11226

HON. ERIC T. SCHNEIDERMAN           MEGAN M. BROWN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On January 4, 2011, the Honorable George H. Lowe, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion pursuant to Federal Rule of Civil Procedure 37(b)

to dismiss or strike the complaint as a sanction for plaintiff's failure to attend two scheduled depositions be granted. Plaintiff timely filed objections to the Report-Recommendation.

Based upon a de novo review, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

Defendants' motion to dismiss is GRANTED.

The Clerk is directed to file a judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 3, 2012
       Utica, New York.